# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2016

152727

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* CUSHMAN, Minors.

SC: 152727
COA: 327254
Oakland CC Family Division:
13-810540-NA

_____/

On order of the Court, the application for leave to appeal the November 10, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2016



Clerk

p0112